# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

TRISHA FITTON )
)
Plaintiff, )
JAMES KERNER )
v. HON. JUDGE HEIDI LADD )
ROBERT DUSTIN SUMPTION )  Case No. 18-2078
DAVID GRIFFET )
SAO DEDMAN )
SCSO INVESTIGATOR HERRIG )
INVESTIGATOR BECKETT )
CPD INVESTIGATOR KRIPPLE Defendant(s). )
CPD INVESTIGATOR HENRY
CPD INVESTIGATOR SCHWESKA

**FILED MAR 02 2018 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS**

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

II. **PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of ILLINOIS (state), who resides at 1241 MARSHALL CIRCLE URBANA, IL 61802, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant JAMES KERNER is employed as a
(a) (Name of First Defendant)
INVESTIGATOR
(b) (Position/Title)
with STREET CRIMES TASK FORCE CHAMPAIGN COUNTY 102 N. NEIL ST.
(c) (Employer's Name and Address)  CHAMPAIGN, IL 61820

1

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

PROVIDED KNOWINGLY FALSE INFORMATION TO JUSTIFY A SEARCH WARRANT HE WAS TRYING TO GET. ILLEGALLY SEARCHED MY RESIDENCE, 905 PRESTWICK POINT CHAMPAIGN IL ON 3-23-16. ILLEGALLY SEIZED MY TELEVISION SET AND HOME SECURITY CAMERAS FROM MY RESIDENCE DURING SAID SEARCH ON 3-23-16.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.   Defendant   HONORABLE JUDGE HEIDI LADD   is employed as a
                       (a) (Name of Second Defendant)

   JUDGE
                       (b) (Position/Title)

with   STATE OF ILLINOIS - CHAMPAIGN COUNTY   101 E. MAIN ST. URBANA, IL 61801
                       (c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

SIGNED A WARRANT BASED UPON KNOWINGLY FALSE INFORMATION. DID NOT REQUIRE THE TESTIMONY OF THE SUPPOSED CONFIDENTIAL INFORMANT TO BE SWORN IN.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

2

**Defendant #3:**

D.   Defendant _ROBERT DUSTIN SUMPTION_ is employed as a
(a) (Name of Third Defendant)

_INVESTIGATOR_
(b) (Position/Title)

with _STREET CRIMES TASK FORCE CHAMPAIGN COUNTY   102 N. NEIL STREET_
(c) (Employer's Name and Address)   _CHAMPAIGN, IL 61820_

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.  Briefly describe how this defendant participated:

_ILLEGALLY SEARCHED MY RESIDENCE 905 PRESTWICK POINT, CHAMPAIGN IL. ON 3-23-16._

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

3

**Defendant #4:**

E.   Defendant SGT. DAVID GRIFFET is employed as a INVESTIGATOR
With STREET CRIMES TASK FORCE CHAMPAIGN COUNTY 102 N. NEIL ST CHAMPAIGN, IL 61820

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:
ILLEGALLY SEARCHED MY RESIDENCE, 905 PRESTWICK POINT CHAMPAIGN IL ON 3-23-16.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:


**Defendant #5:**

F.   Defendant SA'D DEDMAN is employed as a INVESTIGATOR
With STREET CRIMES TASK FORCE CHAMPAIGN COUNTY 102 N. NEIL ST CHAMPAIGN IL 61820

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:
ILLEGALLY SEARCHED MY RESIDENCE, 905 PRESTWICK POINT CHAMPAIGN IL ON 3-23-16.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #6:**

G. Defendant  SCSO INVESTIGATOR HERRIG  is employed as a INVESTIGATOR
With STREET CRIMES TASK FORCE CHAMPAIGN COUNTY 102 N. NEIL ST. CHAMPAIGN, IL 61820

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages.** Briefly describe how this defendant participated:

ILLEGALLY SEARCHING MY RESIDENCE, 905 PRESTWICK POINT, CHAMPAIGN IL ON 3-23-16.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #7:**

H. Defendant  INVESTIGATOR BECKETT  is employed as a INVESTIGATOR
With STREET CRIMES TASK FORCE CHAMPAIGN COUNTY 102 N. NEIL ST. CHAMPAIGN IL 61820

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages.** Briefly describe how this defendant participated:

ILLEGALLY SEARCHING MY RESIDENCE, 905 PRESTWICK POINT, CHAMPAIGN IL ON 3-23-16.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #8:**

I. Defendant CPD INVESTIGATOR KRIPPLE is employed as a INVESTIGATOR

With STREET CRIMES TASK FORCE CHAMPAIGN COUNTY 102 N. NEIL ST. CHAMPAIGN IL 61820

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages.** Briefly describe how this defendant participated:

ILLEGALLY SEARCHED MY RESIDENCE, 905 PRESTWICK POINT, CHAMPAIGN IL ON 3-23-16.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #9:**

J.  Defendant  CPD INVESTIGATOR HENRY  is employed as a INVESTIGATOR
With  STREET CRIMES TASK FORCE CHAMPAIGN COUNTY 102 N. NEIL ST. CHAMPAIGN IL 61820

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages.** Briefly describe how this defendant participated:

ILLEGALLY SEARCHED MY RESIDENCE, 905 PRESTWICK POINT, CHAMPAIGN IL ON 3-23-16.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #10:**

K.  Defendant  CPD INVESTIGATOR SCHWESKA  is employed as a INVESTIGATOR
With  STREET CRIMES TASK FORCE CHAMPAIGN COUNTY 102 N. NEIL ST. CHAMPAIGN IL 61820

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages.** Briefly describe how this defendant participated:

ILLEGALLY SEARCHED MY RESIDENCE, 905 PRESTWICK POINT, CHAMPAIGN IL ON 3-23-16.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

## III. PREVIOUS LAWSUITS

A.  Have you begun any other lawsuits in federal court? Yes ☐  ☒No

B.  If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

   1.  Parties to previous lawsuits:

       Plaintiff(s):

       Defendant(s):

   2.  Date of Filing:

   3.  Case Number:

   4.  Jurisdiction/Court:

   5.  Name of Judge:

   6.  Issues Raised:

   7.  Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

   8.  Date of Final Disposition:

**IV. STATEMENT OF CLAIM**

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about  3-23-16  (month,day,year), at approximately  1748 hours  ☐ a.m. ☒ p.m., ~~plaintiff~~ DEFENDANTS was present in the municipality (or unincorporated area of) CHAMPAIGN, in the County of CHAMPAIGN, in the State of Illinois, at 905 PRESTWICK POINT,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☐ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐ failed to provide plaintiff with necessary medical care;

☐ conspired together to violate one or more of plaintiff's civil rights;

☒ other *(please explain)*: ILLEGALLY SEARCHED MY RESIDENCE WITHOUT PROBABLE CAUSE WITH A WARRANT THAT WAS BASED UPON KNOWINGLY FALSE INFORMATION. VIOLATION OF FOURTH AMENDMENT RIGHTS. ALSO ILLEGALLY SEIZED SOME OF MY PERSONAL PROPERTY. VIOLATION OF FOURTH AMENDMENT RIGHTS.

2. Plaintiff was charged with one or more crimes, specifically: NO CHARGES WERE BROUGHT AGAINST ME

3. The criminal proceedings *(check the box that applies)*:

☐ are still pending.
☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐ resulted in a finding of guilty on one or more of the charges.
☒ other: NO CHARGES WERE BROUGHT AGAINST ME

5

4. Plaintiff further alleges as follows: ***Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.***

MY FOURTH AMENDMENT RIGHTS PROTECTING AGAINST UNLAWFUL SEARCH AND SEIZURE WERE VIOLATED ON MARCH 23, 2016 WHEN A SEARCH WARRANT WAS EXECUTED FOR MY RESIDENCE - 905 PRESTWICK POINT CHAMPAIGN, IL. HON. JUDGE HEIDI LADD SIGNED A WARRANT ALLOWING OFFICERS TO SEARCH MY RESIDENCE. THIS WARRANT WAS BASED UPON FALSE TESTIMONY PROVIDED BY OFFICER JAMES KERNER. OFFICER KERNER ALLEGED THAT SOMEONE LIVED AT MY RESIDENCE DID NOT, AND THAT THERE WAS A SUPPOSED CONFIDENTIAL INFORMANT WHOSE TESTIMONY WAS NEVER SWORN IN BEFORE A JUDGE. DURING SAID SEARCH I ADDITIONALLY HAD SOME OF MY PROPERTY ILLEGALLY SEIZED. AS A RESULT, I SUFFERED GREATLY.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:
   PROPERTY DAMAGES, FINANCIAL OBLIGATIONS, MENTAL ANGUISH, AND EMOTIONAL DISTRESS

7. Plaintiff asks that this case be tried by a jury. ☑ Yes  ☐ No

6

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ 25,141.11 to compensate for *(check all that apply)*:

    - ☐ bodily harm
    - ☒ emotional harm
    - ☒ pain and suffering
    - ☐ loss of income
    - ☒ loss of enjoyment of life
    - ☒ property damage

2. Punitive Damages:    ☒ Yes    ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 3-2-18

Signature of Plaintiff: *Trishe Fitton*

Plaintiff's Name *(print clearly or type)*: TRISHA N. FITTON

Mailing Address: 1241 MARSHALL CIRCLE

City: URBANA    State: IL    Zip: 61802

Plaintiff's Telephone Number: (217) 552-6728

7