UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **TRISHA FITTON,**  Plaintiff,  v.  **JAMES KERNER et al.,**  Defendant. | Case No. 18-2078 |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The parties are hereby directed to file with the court, within **thirty-five (35) days** of the date of this order, a stipulation of dismissal signed by both parties.

2. All time tables and scheduled hearings are VACATED until further order.

3. Any pending motions in this case are rendered MOOT. If settlement does not occur, the parties can request that the motions be reinstated.

ENTERED this 2nd day of July, 2018.

s/ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE