IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| TRISHA FITTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-cv-2078 |
| | ) | |
| JAMES KERNER, HON. JUDGE HEIDI LADD, ROBERT DUSTIN SUMPTION, DAVID GRIFFET, SAO DEDMAN, SCSO INVESTIGATOR HERRIG, INVESTIGATOR BECKETT, CPD INVESTIGATOR HENRY, CPD INVESTIGATOR SCHWESKA, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties stipulate to dismiss the above-named action with prejudice and without an award of fees, costs, or disbursements to any party. The undersigned parties also approve the proposed order filed as an attachment to this stipulation.

IT IS SO STIPULATED:

PLAINTIFF TRISHA FITTON

   *s/ Trisha Fitton*    (original signature per CDIL-LR 11.4(B)(1)-(3) on 8/16/2018)


DEFENDANT JAMES KERNER

By his counsel:    *s/ J. Steven Beckett*    (authorized by email 8/06/2018)
J. Steven Beckett
Andrew W.B. Bequette
Beckett Law Office PC
508 South Broadway Avenue
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
steve@beckettlawpc.com
andrew@beckettlawpc.com

DEFENDANT HEIDI LADD, CIRCUIT JUDGE

By her counsel: _____*s/ Samantha J. Costello*_____ (authorized by email 8/06/2018)
Samantha J. Costello
Office of the Attorney General
500 S. Second St.
Springfield, IL 62701
SCostello@atg.state.il.us
(217) 785-0595
(217) 524-5091 fax


DEFENDANTS ROBERT DUSTIN SUMPTION, DAVID GRIFFET,
MARSHALL HENRY, AND CULLY SCHWESKA

By their counsel: _____*s/ Justin N. Brunner*_____
David E. Krchak (3127316)
Justin N. Brunner (6323496)
Thomas, Mamer & Haughey, LLP
30 Main St., Suite 500
P.O. Box 560
Champaign, IL 61824-0560
Phone: (217) 351-1500
Fax: (217) 351-2169
krchak@tmh-law.com
justin@tmh-law.com


DEFENDANTS VICTORIA DEDMAN, SETH HERRIG, AND TIM BECKETT

By their counsel: _____*s/ Brian M. Smith*_____ (authorized by email 8/06/2018)
Keith E. Fruehling
Brian M. Smith
Heyl, Royster, Voelker & Allen, P.C.
301 N. Neil St., Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
Phone: 217.344.0060
Fax: 217.344.9295

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all attorneys of record, and I hereby certify that I caused the document to be mailed by United States Postal Service to the following non CM/ECF participant:

Trisha Fitton, Urbana, IL
(same address as used in her Complaint, redacted per CDIL-LR 5.11(A)(1))

          *s/ Justin N. Brunner*
          Justin N. Brunner
          Thomas, Mamer & Haughey, LLP